**Fill in this information to identify the case:**

Debtor 1    Carl Ramses Yacoub

Debtor 2    Jennifer Anne Yacoub
(Spouse, if filing)

United States Bankruptcy Court for the _____    District of    Delaware
                                                                (State)

Case number    19-11037-BLS

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-J5

**Court claim No. (if known):** 9

**Last 4 digits** of any number you use to identify the debtor's account: 2723

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 07/19/2019 | (5) $ 400.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Plan review | 05/10/2019 | (11) $ 250.00 |
| 12. Other. Specify: Preparation of 410A | 07/19/2019 | (12) $ 250.00 |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

| Debtor 1 | Carl Ramses Yacoub | | | Case Number *(if known)* | 19-11037-BLS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Janet M. Spears
    Signature

Date **August 2, 2019**

| Print: | Janet M. | Spears | | Title: | Agent for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Company: | Aldridge Pite, LLP | | | | |
| Address: | 4375 Jutland Dr. Suite 200; P.O. Box 17933 | | | | |
| | Number | Street | | | |
| | San Diego | CA | 92177-0933 | | |
| | City | State | Zip Code | | |
| Contact phone | (858)-750-7600 | | | Email | jspears@aldridgepite.com |

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CARL RAMSES YACOUB and JENNIFER ANNE YACOUB,<br><br>Debtor(s). | Case No. 19-11037-BLS<br><br>Chapter 13<br><br>PROOF OF SERVICE |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this cause.

On August 6, 2019, I served the Notice of Postpetition Mortgage Fees, Expenses, and Charges in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 6, 2019                            /s/ Melissa Gonzalez
                                                 MELISSA GONZALEZ

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**
Carl Ramses Yacoub
Jennifer Anne Yacoub
144 Wren Way
Newark, DE 19711

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**
Cynthia L. Carroll
262 Chapman Road, Suite 108
Newark, DE 19702
Cynthia@CynthiaCarrollLaw.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Michael B. Joseph - Chapter 13
824 Market Street
 P.O. Box 1351
Wilmington, DE 19899-1351
mjoseph@ch13de.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Department of Justice
District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE 19801
USTPRegion03.WL.ECF@USDOJ.GOV